UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

STEVEN EDWARDS, )
)
       Petitioner, )
v. ) No. 1:06-cv-0535-SEB-VSS
)
STANLEY KNIGHT, )
)
       Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 08/30/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven Edwards
DOC #936885
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770